ACCEPTED
01-15-00393-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00393-CR

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT FORT WORTH

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 10:15:00 AM
CHRISTOPHER A. PRINE
Clerk

CHRISTOPHER ERNEST BRAUGHTON,
*Defendant-Appellant*,

v.

THE STATE OF TEXAS,
*Plaintiff-Appellee*.

On Appeal from the 228th Judicial District Court
Trial Court Case No. 1389139

**DEFENDANT-APPELLANT'S
MOTION FOR EXTENSION
OF TIME TO FILE INITIAL BRIEF**

Robert L. Sirianni, Jr., Esq.
Texas Bar No. 24086378
THE LAW OFFICE OF ROBERT L. SIRIANNI, JR.
201 N. New York Ave. Suite 200
Winter Park, Florida 32789
Tele: 407-388-1900
Fax: 407-622-1511
Robert@brownstonelaw.com
*Counsel for Defendant-Appellant*

**July 28, 2015**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW, DEFENDANT-APPELLANT CHRISTOPHER ERNEST BRAUGHTON, through undersigned counsel in the above-styled cause, and respectfully submits this Motion for Extension of Time to File Initial Brief, and as grounds would show unto the Court the following:

1. Defendant-Appellant Christopher Ernest Braughton retained the firm Robert L. Sirianni, Jr. to represent him on appeal.

2. The court reporter's record was filed on July 9, 2015. The Initial Brief is therefore due on August 10, 2015.

3. Undersigned counsel received the record on appeal promptly thereafter. However, the record on appeal consists of twelve (12) volumes of trial transcripts and additional time will be necessary to review said record, conduct the required research, and prepare the Initial Brief.

4. Accordingly, in the abundance of caution, Defendant-Appellant Christopher Ernest Braughton respectfully requests that this Court grant a 45-day extension of time, up to and including September 25, 2015, to file the Initial Brief in this cause.

5. This extension of time is not requested for the purpose of delay, but so that the issues on appeal are presented in the clearest and most effective

1

manner so that justice may be done in this cause. This is Defendant-Appellant's first request for an extension of time.

**WHEREFORE, Premises Considered**, Defendant-Appellant respectfully requests the entry of an order granting a 45-day extension of time, up to and including September 24, 2015, to file the Initial Brief and to provide such further and other relief that the Court may deem just, fair and equitable.

Respectfully Submitted,

/s/ *Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr.
THE LAW OFFICE OF ROBERT L. SIRIANNI, JR.
Texas Bar No. 24086378
BROWNSTONE, P.A.
201 N. New York Ave. Suite 200
P.O. Box 2047
Winter Park, Florida 32790
Tele: 407.388.1900
Fax: 407.622.1511
Robert@brownstonelaw.com
*Counsel for Defendant-Appellant*

## CERTIFICATE OF CONFERENCE

On July 27, 2015, the office of undersigned counsel conferred with the assistant to Alan Curry. Alan Curry does not oppose this motion.

/s/ *Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.

2

**CERTIFICATE OF SERVICE**

Undersigned hereby certifies that on this 1st day of August, 2015, the foregoing document has been served by U.S. Mail, first-class postage prepaid, upon the following:

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin, Ste. 600
Houston, TX 77002

/s/ *Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that the body of this document contains 256 words according to Microsoft Word.

/s/ *Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.

3